IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSE BENITEZ MONDRAGON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 1:26-CV-1739-RP |
| | § | |
| SYLVESTER M. ORTEGA, *in his official capacity as Field Office Director of Enforcement and Removal Operations, San Antonio Field Office, Immigration and Customs Enforcement*, et al., | § § § § | |
| | § | |
| Respondents. | § | |

## ORDER

On August 28, 2026, Respondents Todd Blanche, Todd M. Lyons, Markwayne Mullin, and Sylvester M. Ortega (together, "Respondents") filed an Unopposed Motion to Lift Stay of Removal, (Dkt. 12). Respondents argue that the Court should "remove, lift, or vacate the Order requiring a stay of removal," (*id.* at 1 (citing Order, Dkt. 4)), because Petitioner has agreed to participate in voluntary departure on or before September 2, 2026, and Petitioner's removal cannot be effectuated until the Court lifts its stay of removal, (*id.* at 1–2). In light of the lack of opposition to this Motion, the Court will grant Respondents' Motion, (Dkt. 12), and dismiss as moot Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1).

Accordingly, **IT IS ORDERED** that Respondents' Unopposed Motion to Lift Stay of Removal, (Dkt. 12), is **GRANTED**, such that the Court's Order, (Dkt. 4), is **VACATED**.

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1), is **DISMISSED AS MOOT**.

Finally, as nothing remains to resolve in this case, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58. **IT IS ORDERED** that the case is **CLOSED** and that each party bear its own costs.

**SIGNED** on August 31, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE